■ In the Matter of ROBERT C. HUNDERTMARK, JR., Appellant, v MTA TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY et al., Respondents. [655 NYS2d 4] —Judgment, Supreme Court, New York County (Beverly Cohen, J.), entered January 9, 1996, which denied petitioner's application pursuant to CPLR article 78 petition to annul respondents' denial of his request for reinstatement to his former position with respondent MTA and dismissed the petition, unanimously affirmed, without costs.

No triable issue of fact exists that would warrant a hearing pursuant to CPLR 7804 (h). The unrefuted documentary evidence establishes excessive and unauthorized absences during petitioner's tenure with the MTA, many of which predated his leave of absence pursuant to the Federal Family and Medical Leave Act and supports respondents' refusal to reinstate him after his voluntary resignation (see, Matter of Frederick v Civil Serv. Commn., 175 AD2d 428, 429; Matter of Watts v New York City Tr. Auth., 213 AD2d 253). Concur—Ellerin, J. P., Wallach, Williams and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HUDSON, Appellant. [655 NYS2d 352] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered on or about January 17, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Ellerin, Wallach and Williams, JJ.